United States District Court

Eastern District of California

Savon D. Dennis,

        Plaintiff,                         No. Civ. S 05-0102 FCD PAN P

  vs.                                     Notice

C. Huskey, et al.,

        Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $150 filing fee required by 28 U.S.C. § 1914(a)(2000). No initial partial filing fee has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust

1  fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody
2  of plaintiff is required to forward payments from plaintiff's
3  account to the clerk of the court each time the amount in the
4  account exceeds $10 until the filing fee is paid.
5      The clerk of the court shall serve a copy of this notice and
6  a copy of plaintiff's in forma pauperis application upon the
7  Director of the California Department of Corrections and deliver
8  a copy of this notice to the clerk's financial division.
9      Dated:  June 2, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge