United States District Court

Eastern District of California

Savon D. Dennis,

      Plaintiff,

vs.

C. Huskey, et al.,

      Defendants.

No. Civ. 05-0102 FCD PAN P

Order

-oOo-

Plaintiff, a state prisoner without counsel, is prosecuting a civil rights action pursuant to 42 U.S.C. § 1983.

June 3, 2005, the court directed plaintiff to complete and return materials for service within 15 days. June 13, 2005, plaintiff submitted materials for service but failed to include two copies of the January 18, 2005, endorsed complaint and attachments.

The Clerk of Court shall send to plaintiff one copy of the January 18, 2005, complaint and attachments. Plaintiff shall

1 return two copies of the January 18, 2005, endorsed complaint and
2 attachments within 10 days.  Otherwise claims against C. Huskey
3 will be dismissed without prejudice.  Fed. R. Civ. P. 4(m).
4    Dated:  June 21, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge