United States District Court

Eastern District of California

Savon D. Dennis,

       Plaintiff,                          No. Civ. S 05-0102 FCD PAN P

   vs.                                    Findings and Recommendations

C. Huskey, et al.,

       Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

    June 3, 2005, the court dismissed plaintiff's claims against defendants S. Armoskus, Turner and Sandham pursuant to 28 U.S.C. § 1915A, with leave to amend.  The court informed plaintiff he could proceed against defendant C. Huskey by submitting materials for service within 15 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendants S. Armoskus, Turner and Sandham without leave

to amend.

June 13, 2005, plaintiff submitted materials for service of defendant C. Huskey. I find plaintiff has consented to dismissal of claims against defendants S. Armoskus, Turner and Sandham without leave to amend.

Accordingly, the court hereby recommends that claims against defendants S. Armoskus, Turner and Sandham be dismissed without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Written objections may be filed within 20 days of service of these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: July 12, 2005.

       /s/ Peter A. Nowinski
       PETER A. NOWINSKI
       Magistrate Judge