United States District Court

Eastern District of California

Savon D. Dennis,

        Plaintiff,                      No. Civ. S 05-0102 FCD PAN P

    vs.                               Order

C. Huskey,

        Defendant.

-oOo-

    July 6, 2005, plaintiff requested an extension of time to submit two copies of the January 18, 2005, complaint. Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: August 2, 2005.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge