United States District Court

Eastern District of California

Savon D. Dennis,

       Plaintiff,                      No. Civ. S 05-0102 FCD PAN P

  vs.                              Order

C. Huskey, et al.,

       Defendants.

-oOo-

July 13, 2005, I recommended claims against defendants Armoskus, Turner and Sandham be dismissed without prejudice. August 19, 2005, the district judge adopted those findings and recommendations in full. August 31, 2005, identical findings and recommendations were filed.

///

///

///

///

1    Accordingly, the August 31, 2005, findings and
2 recommendations hereby are vacated.
3    So ordered.
4    Dated: October 4, 2005.

                                 /s/ Peter A. Nowinski
                                 PETER A. NOWINSKI
                                 Magistrate Judge