IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAVON D. DENNIS,

      Plaintiff,                      No. CIV S-05-0102 FCD PAN P

   vs.

C. HUSKEY,

      Defendant.               FINDINGS & RECOMMENDATIONS

_____/

      By an order filed June 3, 2005, this court ordered plaintiff to complete and return to the court, within fifteen days, the USM-285 form necessary to effect service on defendant Huskey. On June 21, 2005, plaintiff was granted an additional ten days to comply. On August 3, 2005, plaintiff as granted an additional thirty days in which to provide the appropriate documents. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file

1

written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  February 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001
denn0102.fusm