IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAVON D. DENNIS,

    Plaintiff,                      No. CIV S-05-0102 FCD PAN P

    vs.

C. HUSKEY, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  On June 3, 2005, the court found plaintiff stated a colorable claim against defendant C. Huskey and directed petitioner to submit a completed summons, a completed USM-285 form and two copies of the endorsed complaint filed January 18, 2005.  On June 13, 2005, plaintiff submitted the summons and USM-285 form with only one copy of the endorsed complaint.  On June 21, 2005, the court gave plaintiff ten days to comply with the June 3, 2005, order and on August 3, 2005, the court granted plaintiff a 30-day extension of time.  Plaintiff failed to comply with the June 3, 2005, order and so on February 28, 2006, the court recommended this action be dismissed without prejudice for plaintiff's failure to prosecute.  Plaintiff has filed objections.

        Plaintiff asserts that the prison continuously has been on lock-down, thereby preventing him from having adequate access to the law library so he can make the required

1 copies. He seeks an additional 30 days to comply with the June 3, 2005, order.

2        Good cause appearing, IT IS HEREBY ORDERED that:

3        1. The findings and recommendations filed February 28, 2006, are vacated;

4        2. Plaintiff has 30 days from the date this order is served to submit two copies of

5 the endorsed complaint filed January 18, 2005.

6 DATED: March 28, 2006.

                                                 UNITED STATES MAGISTRATE JUDGE

10 \004\denn0102.submit papers