IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAVON D. DENNIS,

      Plaintiff,                    No. CIV S-05-0102 FCD PAN P

    vs.

C. HUSKEY, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  The court previously found the January 18, 2006, complaint states a claim for relief and directed plaintiff to submit papers necessary for service of process on defendant C. Huskey. Plaintiff has submitted a summons and USM-285 form.  But plaintiff has not submitted two copies of the endorsed January 18, 2005, complaint.

        Plaintiff has requested the Clerk of the Court to send him a blank summons and a USM-285 form so he can then submit copies of his endorsed January 18, 2005, complaint.

        Plaintiff does not need a blank summons or USM-285 form because he already has submitted them.  The court only requires two copies of plaintiff's endorsed January 18, 2005, complaint.

/////

Accordingly, plaintiff's April 28, 2006, request will be denied and the court will give plaintiff one last chance to submit copies of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 28, 2006, request for USM 285 forms and a blank summons is denied;

2. Within 30 days from the date of this order, plaintiff shall submit two copies of the endorsed January 18, 2005, complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\denn0102.dny request