IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAVON D. DENNIS,

        Plaintiff,                      No. CIV S-05-0102 FCD EFB P

    vs.

C. HUSKEY, et al.,

        Defendants.         ORDER

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's May 31, 2007, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' motion for summary judgment.

       So ordered.

Dated: June 7, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE