1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAVON D. DENNIS,

11          Plaintiff,                    No. CIV S-05-0102 FCD EFB P

12      vs.

13   C. HUSKEY, et al.,

14          Defendants.                   ORDER

15   _____/

16      Plaintiff is a prisoner without counsel seeking relief for civil rights violations.  *See* 42

17   U.S.C. § 1983.  This action proceeds on the January 18, 2005, complaint.  On February 1, 2007,

18   plaintiff filed documents styled, "Plaintiff's Motion for Summary Judgment Pursuant to FRCVP.

19   56," and "My Packet of Motion."  For the reasons stated herein, the court takes no action on

20   these documents.

21      A party seeking relief on a claim,

22      may, at any time after the expiration of 20 days from the commencement of the
        action or after service of a motion for summary judgment by the adverse party,
23      move with or without supporting affidavits for a summary judgment in the party's
        favor upon all or any part thereof.
24

25   Fed. R. Civ. P. 56(a).  A motion is an "application to the court for an order."  *See* Fed. R. Civ. P.

26   7(b).  Plaintiff's "Motion for Summary Judgment" consists of the following statement:

1       Motions for summary judgment or summary adjudication and opposition to such
        motions must be noticed as provided in L.R. 7-2 and 7-3 if papers are filed or
2       served without supporting affidavits or in accordance with the time period
        allowed in FCCVP 56(c).  The court may sua sponte or pursuant to a motion
3       under Civil L. R. 7-7, reschedule the hearing so as to give a moving party time to
        file affidavits or to give an opposing party the amount of advance notice required
4       under Civil L.R. 7-2.

5       Plaintiff's Motion for Summary Judgment.

6 In the document styled, "My Packet of Motion," plaintiff lists various motions and requests, and

7 quotes part of the local rule governing the general format of documents.  *See* L. R. 7-130((b).

8 However, plaintiff makes no request for relief in either document.  Accordingly, they are not

9 motions based upon which this court can make a ruling.  Therefore, the court will take no action

10 on them.

11       Accordingly, it is ORDERED that the court takes no action on plaintiff's February 1,

12 2007, "Motion for Summary Judgment" or "Packet of Motion."  The Clerk of the Court is

13 directed to terminate documents 41 and 42.

14 Dated:  July 30, 2007.

15

16                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26