IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAVON D. DENNIS,

      Plaintiff,                    No. CIV S-05-0102 FCD EFB P

   vs.

C. HUSKEY, et al.,

      Defendants.          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 13, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 13, 2008, are adopted in full;

2. Defendant's April 10, 2007, motion for summary judgment is granted in part and denied in part as follows:

    a. Defendant Huskey is granted summary judgment on plaintiff's claim that he was deliberately indifferent to plaintiff's serious medical needs; and

    b. Defendant Huskey is denied summary judgment on the claim that he used excessive force against plaintiff; and,

3. Plaintiff has 30 days from the date this order is served to file and serve a pretrial statement and defendant has 15 days from the date plaintiff serves his pretrial statement to file his own pretrial statement.

DATED: March 19, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE