IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAVON D. DENNIS,

         Plaintiff,                    No. CIV S-05-0102 FCD EFB P

    vs.

C. HUSKEY, et al.,

         Defendants.             ORDER AND FINDINGS & RECOMMENDATIONS

/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending is defendant Huskey's request that this action be dismissed for plaintiff's failure to file a pretrial statement as directed. Plaintiff has filed no opposition to the request. For the reasons explained below, the court finds that the request must be granted.

        A party's failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110. The court may recommend that an action be dismissed with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1252 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

     On August 29, 2006, the Clerk of the Court sent to plaintiff a copy of the Local Rules of this Court, and explained that failure to comply with the Local Rules or any order of this court may result in a recommendation of dismissal.  Furthermore, on November 14, 2006, the court issued a discovery and scheduling order stating that in the event this action survived any dispositive motions that were filed, the parties would be required to file pretrial statements pursuant to Local Rule 16-281. On March 20, 2008, the district judge granted in part and denied in part defendant's motion for summary judgment.  That order directed plaintiff to file a pretrial statement within 30 days.  The 30-day period has passed and plaintiff has not filed a pretrial statement or otherwise responded to that order.  Accordingly, defendant Huskey need not file a pretrial statement and his request that this action be dismissed must be granted.

     Accordingly, it is hereby ORDERED that defendant is relieved of his obligation to file a pretrial statement.

     Further, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 16(f); Local Rule 11-110.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:   May 28, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE